# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00711-CR

**Brandon Curry, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-06-205022, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The district court revoked Brandon Curry's term of community supervision and assessed a four-year prison term as punishment. Curry and his trial counsel—as well as the attorney for the State and the trial judge—signed Defendant's Plea of True, Voluntary Statements, Waivers, Stipulations & Judicial Confession to Pleadings Seeking Revocation or Adjudication in which Curry expressly waived his right to appeal. The trial court signed a certification that this is a plea bargain case and Curry has no right of appeal. Because the record does not contain a certification that Curry has the right to appeal, we are required to dismiss this appeal. *See* Tex. R. App. P. 25.2(d).

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed

Filed: February 6, 2009

Do Not Publish